| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Haynes, Catharina D. | Fifth Circuit | 04/28/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active Circuit Judge | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2010 to 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 1100 Commerce Street<br>Rm. 1452<br>Dallas, TX 75242 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Vickery Meadow Learning Center |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Haynes, Catharina D.**

| Name of Person Reporting | Date of Report |
|---|---|
| Haynes, Catharina D. | 04/28/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 8/21/10 | The Bellagio video poker jackpot | $1,270.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Thompson & Knight Law Partnership Income |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | 3/4-5/2010 | Tucson, AZ | Speak at Insurance CLE | Travel, meals, lodging |
| 2. | American Bar Association | 4/23-24/2010 | New York, New York | Speak at Litigation CLE | Travel, meals, lodging |
| 3. | Bar Association of the Fifth Federal Circuit | 5/11-12/2010 | Shreveport, LA | Speak at Bar Association Appeals CLE | Travel, meal |
| 4. | University of Texas Law School | 8/12-13/2010 | Galveston, TX | Speak at Bankruptcy CLE | Travel, lodging, meals |
| 5. | Bar Association of the Fifth Federal Circuit | 9/24-26/2010 | Lubbock, TX | Speak at Bar Association Appeals CLE | Travel, meal |

| Name of Person Reporting | Date of Report |
|---|---|
| Haynes, Catharina D. | 04/28/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Bank of America Accounts | D | Interest | P1 | T | | | | | |
| 2. Janus Money Fund | | None | J | T | | | | | |
| 3. T. Rowe Price (TRP) Prime Reserve Fund | A | Interest | O | T | | | | | |
| 4. TRP New Income | A | Dividend | J | T | | | | | |
| 5. TRP International Stock | B | Dividend | M | T | Buy | 02/16/10 | J | | |
| 6. | | | | | Buy (add'l) | 06/08/10 | J | | |
| 7. TRP New America Growth | B | Dividend | M | T | | | | | |
| 8. TRP Health Science Fund | B | Dividend | M | T | Buy | 02/16/10 | J | | |
| 9. | | | | | Buy (add'l) | 06/08/10 | J | | |
| 10. | | | | | Buy (add'l) | 09/08/10 | J | | |
| 11. TRP Tax Efficient Equity | A | Dividend | M | T | Buy | 02/16/10 | J | | |
| 12. | | | | | Buy (add'l) | 06/08/10 | J | | |
| 13. | | | | | Buy (add'l) | 09/08/10 | J | | |
| 14. TRP Tax Free Income | E | Dividend | O | T | Buy | 02/16/10 | J | | |
| 15. | | | | | Buy (add'l) | 06/08/10 | J | | |
| 16. TRP Tax Free Short Intermediate | A | Dividend | K | T | | | | | |
| 17. British Petroleum (BP) | A | Dividend | | | Sold | 05/27/10 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haynes, Catharina D. | 04/28/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IBM | A | Dividend | L | T | | | | | |
| 19. Motorola (MOT) | | None | J | T | | | | | |
| 20. Pfizer (PFE) | A | Dividend | | | Sold | 07/12/10 | J | | |
| 21. Franklin Mutual Shares Class Z | D | Dividend | N | T | Buy | 02/09/10 | J | | |
| 22. | | | | | Buy (add'l) | 09/07/10 | J | | |
| 23. Janus Fund | A | Dividend | N | T | Buy | 02/09/10 | J | | |
| 24. TRP Capital Appreciation | A | Dividend | J | T | | | | | |
| 25. TRP Equity Fund | B | Dividend | L | T | Redeemed (part) | 06/01/10 | J | | |
| 26. Vanguard REIT Fund | D | Dividend | M | T | Buy | 02/09/10 | J | | |
| 27. | | | | | Buy (add'l) | 06/08/10 | J | | |
| 28. | | | | | Buy (add'l) | 09/07/10 | J | | |
| 29. Vanguard 500 Index Fund | D | Dividend | N | T | Buy | 02/09/10 | J | | |
| 30. | | | | | Buy (add'l) | 06/08/10 | J | | |
| 31. | | | | | Buy (add'l) | 09/07/10 | J | | |
| 32. Vanguard TM Small Cap | B | Dividend | M | T | Buy | 02/09/10 | J | | |
| 33. | | | | | Buy (add'l) | 06/08/10 | J | | |
| 34. US EE Savings Bond | C | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haynes, Catharina D. | 04/28/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | TRP Retirement 2020 (IRA) | A | Dividend | K | T | | | | | |
| 36. | TRP Retirement 2030 (IRA) | C | Dividend | N | T | | | | | |
| 37. | Thompson Knight Partnership Equity | | None | L | U | Buy | 12/31/10 | J | | |
| 38. | TX Emp. Ret. Plan | A | Dividend | M | T | | | | | |
| 39. | -Vanguard Institutional Fund, | | | | | | | | | |
| 40. | -Vanguard Growth Fund | | | | | | | | | |
| 41. | -Black Rock Bond Fund (see note at Section VIII) | | | | | | | | | |
| 42. | State of Tx. Judicial Retirement Equity | C | Interest | L | T | | | | | |
| 43. | Texas County & District Retirement System | A | Interest | J | T | | | | | |
| 44. | TRP Small Cap. Value | A | Dividend | J | T | | | | | |
| 45. | Thompson Knight 401K | D | Dividend | O | T | | | | | |
| 46. | -Vanguard Wellington Fund | | | | | | | | | |
| 47. | -Vanguard Institutional Fund | | | | | | | | | |
| 48. | -Stable Value Fund | | | | | | | | | |
| 49. | -Fidelity Freedom K 2025 (see note at VIII) | | | | | | | | | |
| 50. | TRP Financial Services (IRA) | A | Dividend | J | T | Redeemed (part) | 06/01/10 | J | | |
| 51. | TRP Global Stock (IRA) | A | Dividend | K | T | Redeemed (part) | 06/01/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haynes, Catharina D. | 04/28/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. TRP Media Telecommunications (IRA) | A | Dividend | J | T | Redeemed (part) | 06/01/10 | J | | |
| 53. TRP New Era (IRA) | A | Dividend | J | T | Redeemed (part) | 06/01/10 | J | | |
| 54. TRP Spectrum Growth (IRA) | A | Dividend | K | T | Redeemed (part) | 06/01/10 | J | | |
| 55. TRP Spectrum Income (IRA) | B | Dividend | K | T | Redeemed (part) | 06/01/10 | J | | |
| 56. TRP Summit Cash (IRA) | A | Interest | N | T | Redeemed (part) | 06/01/10 | J | | |
| 57. US i Savings Bond | A | Interest | J | T | | | | | |
| 58. Chase Bank Account checking | | None | M | T | | | | | |
| 59. PEBCX (IRA) | A | Dividend | K | T | | | | | |
| 60. PCRCX (IRA) | A | Dividend | K | T | | | | | |
| 61. PCRAX (IRA) | A | Dividend | J | T | | | | | |
| 62. Amegy Bank - CD | A | Interest | M | T | | | | | |
| 63. Citibank Account, CD | B | Interest | M | T | | | | | |
| 64. Capital One Bank Account | B | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haynes, Catharina D. | 04/28/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

II., III., and VII: I recuse from all cases in which Thompson Knight is eitiher a party or represents a party.

VII. Lines 38 and 41: Without my involvement or realization, at the end of 2009, the portion of my Texas Employees Retirement Plan that had been in the Fidelity US Bond Fund was moved to the Black Rock Bond Fund.

VII. Lines 45 and 49: In January 2010, a fund (Fidelity Freedom K 2025) was added to⬚⬚⬚⬚ regular 401K plan. ⬚ makes regular payroll deduction contributions (amount J) to this fund every paycheck (twice a month) until the maximum allowable 401K limit is reached. ⬚ firm also contributes to this fund as part of ⬚ compensation.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Catharina D. Haynes**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Haynes, Catharina D. | 2. Court or Organization<br><br>Fifth Circuit | 3. Date of Report<br><br>05/10/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>1100 Commerce Street<br>Rm. 1452<br>Dallas, TX 75242 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Vickery Meadow Learning Center |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2007-09 | Baker Botts 401k Plan (rolled over June 2008; due to market fluctuations, a nominal balance remained which was closed out in 2009) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haynes, Catharina D. | 05/10/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2009 | Thompson & Knight law partnership income |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Conference Institute | 4/29-30/09 | San Francisco, CA | Speak at Insurance CLE for Attorneys | Travel, Meals, Lodging |
| 2. | American Bar Association | 5/15/09 | New Orleans, LA | Speak at Young Lawyers Conference | Travel, Meals |
| 3. | American Bar Association | 5/28-29/09 | Chicago, IL | Teach at Appellate Advocacy Training for Attorneys | Travel, Meals, Lodging |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haynes, Catharina D. | 05/10/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haynes, Catharina D. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Bank of America Accounts | D | Interest | P1 | T | | | | | |
| 2. Janus Money Fund | | None | J | T | | | | | |
| 3. T.Rowe Price (TRP) Prime Reserve Fund | B | Interest | O | T | | | | | |
| 4. TRP New Income | A | Dividend | J | T | | | | | |
| 5. TRP International Stock | C | Dividend | M | T | Buy | 02/02/09 | J | | |
| 6. TRP New America Growth | | None | M | T | | | | | |
| 7. TRP Health Science Fund | | None | M | T | Buy | 02/02/09 | J | | |
| 8. TRP Tax Efficient Equity | | None | M | T | Buy | 02/02/09 | J | | |
| 9. TRP Tax Free Income Fund | E | Dividend | O | T | Buy | 02/02/09 | J | | |
| 10. TRP Tax Free Short Intermediate | A | Dividend | K | T | | | | | |
| 11. British Petroleum (BP) | A | Dividend | J | T | | | | | |
| 12. IBM | A | Dividend | L | T | | | | | |
| 13. Motorola (MOT) | A | Dividend | J | T | | | | | |
| 14. Pfizer (PFE) | A | Dividend | J | T | | | | | |
| 15. Franklin Mutual Shares Class Z | D | Dividend | N | T | Buy | 02/05/09 | J | | |
| 16. Janus Fund | A | Dividend | M | T | | | | | |
| 17. TRP Capital Appreciation (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haynes, Catharina D. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. TRP Equity Income | B | Dividend | L | T | | | | | |
| 19. Vanguard REIT Fund | C | Dividend | M | T | Buy | 08/24/09 | J | | |
| 20. Vanguard 500 Index Fund | D | Dividend | M | T | Buy | 02/02/09 | K | | |
| 21. | | | | | Buy (add'l) | 03/03/09 | J | | |
| 22. Vanguard TM Small Cap | A | Dividend | M | T | | | | | |
| 23. US EE Savings Bond | C | Dividend | L | T | | | | | |
| 24. TRP Retirement 2020 (IRA) | A | Dividend | K | T | | | | | |
| 25. TRP Retirement 2030 (IRA) | C | Dividend | M | T | Spinoff (from line 27) | 11/13/09 | J | | Rolled over from Line 27 |
| 26. Thompson Knight Partnership Equity | | None | L | U | | | | | |
| 27. Baker Botts 401k Plan (AIM Liquid, Fidelity Mag., Fid. Grow) | | None | | | Closed | 11/13/09 | J | | Rolled over to line 25 |
| 28. TX Emp. Ret. Plan | A | Dividend | M | T | | | | | |
| 29. -Fidelity US Bond | | | | | Closed | 12/04/09 | L | | moved to line 30 see note |
| 30. -Black Rock Bond Fund (see note at VIII) | | | | | Open | 12/04/09 | L | | moved from line 29 see note |
| 31. -Vanguard Institutional Fund | | | | | | | | | |
| 32. -Vanguard Growth Fund | | | | | | | | | |
| 33. Thompson Knight 401K see note at VIII | D | Dividend | O | T | | | | | |
| 34. -Vanguard Wellington Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haynes, Catharina D. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS — *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -Vanguard Institutional Fund | | | | | | | | | |
| 36. -Stable Value Fund | | | | | | | | | |
| 37. State of Tx. Judicial Retirement Equity | C | Interest | L | T | | | | | |
| 38. Texas County & District Retirement System | A | Interest | J | T | | | | | |
| 39. TRP Small Cap. Value (X) | A | Dividend | J | T | | | | | |
| 40. TRP Financial Services (IRA)(X) | A | Dividend | J | T | | | | | |
| 41. TRP Global Stock (IRA)(X) | A | Dividend | K | T | | | | | |
| 42. TRP Media Telecommunications (IRA)(X) | A | Dividend | J | T | | | | | |
| 43. TRP New Era (IRA)(X) | A | Dividend | J | T | | | | | |
| 44. TRP Spectrum Growth (IRA)(X) | A | Dividend | J | T | | | | | |
| 45. TRP Spectrum Income (IRA)(X) | B | Dividend | K | T | | | | | |
| 46. TRP Summit Cash (IRA)(X) | A | Interest | N | T | Buy | 06/15/09 | K | | Roll over from line 49 |
| 47. US i Savings Bonds(X) | A | Interest | J | T | | | | | |
| 48. Chase Bank Account | | None | K | T | | | | | |
| 49. Chase Bonds IRA (X) | A | Interest | | | Sold | 06/15/09 | K | | Bonds matured; rolled over |
| 50. PEBCX (IRA)(X) | A | Dividend | K | T | | | | | |
| 51. PCRCX (IRA)(X) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haynes, Catharina D. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   PCRAX (IRA)(X) | A | Dividend | J | T | | | | | |
| 53.   Amegy Bank | B | Interest | M | T | Open | 01/30/09 | L | | |
| 54.   Citibank | C | Interest | M | T | Open | 02/13/09 | M | | |
| 55.   Capital One Bank | B | Interest | M | T | Open | 02/23/09 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns D1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

II. and VII.: I recuse from cases in which Baker Botts is either a party or represents a party.
II., III., and VII.: I recuse from cases in which Thompson Knight is either a party or represents a party.
VII. Lines 28-30: Without my involvement or realization, at the end of 2009, the portion of my Texas Employees Retirement plan that had been in the Fidelity US Bond Fund was moved to the Black Rock Bond Fund.

VII. Lines 33-36: ⟨_____⟩ makes regular payroll deductions contributions (amount J) to this fund every paycheck (twice a month) until the maximum allowable 401K limit is reached. ⟨_____⟩firm also contributes to this fund as part of ⟨_⟩compensation.

Reason for Amendment: In preparing the 2010 report, the information regarding the Black Rock Fund came to light (see lines 28-30 and above note). Also, last note above added for further detail.

| Name of Person Reporting | Date of Report |
|---|---|
| Haynes, Catharina D. | 05/10/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544